242

James B. ERVIN, Appellant,

v.

The STATE of Texas, Appellee.

No. 27749.

Court of Criminal Appeals of Texas.

Nov. 2, 1955.

No appearance for appellant.

Henry Wade, Crim. Dist. Atty., C. S. Potts, Asst. Dist. Atty., Dallas, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Murder with malice is the offense; the punishment, forty years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

Hollis LACY, Appellant,

v.

The STATE of Texas, Appellee.

No. 27766.

Court of Criminal Appeals of Texas.

Nov. 2, 1922.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful possession of beer for the purpose of sale in a dry area; the punishment, 10 days and a fine of $150.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.